IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEMILL BANTUM | : | CIVIL ACTION |
| | : | NO. 11-4431 |
| v. | : | |
| | : | |
| MORTGAGE ELECTRONIC | : | |
| REGISTRATION SYSTEMS, INC., et al. | : | |
| | : | |

**ORDER**

AND NOW, this 23rd day of July, 2012, after consideration of the Motions to Dismiss the Amended Complaint of plaintiff Jemill Bantum by defendants Litton Loan Servicing, LP and U.S. Bank National Association; Mortgage Electronic Registration Systems, Inc. and MERSCORP; CitiMortgage; LSR Processing; Lender Processing Services and DOCX; and JPMorgan Chase Bank, N.A., First American Title Insurance Company, Mellon Bank N.A., Mellon Mortgage Company, PHH Mortgage Services, Goldbeck McCafferty & McKeever and Joseph A. Goldbeck, Jr.; and plaintiff's response, it is ORDERED that defendants' motions to dismiss Jemill Bantum's amended complaint are GRANTED.  Plaintiff's amended complaint is DISMISSED.  The Clerk of Court is ordered to close this case statistically.

                       *s/Thomas N. O'Neill, Jr.*
                       THOMAS N. O'NEILL, JR., J.